**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 239 WAL 2023

          Respondent                :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

          v.                             :

                                         :

CHRISTOPHER FREEMAN,              :

                                         :

          Petitioner                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.